George FULLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72705.

Missouri Court of Appeals,
Western District.

Sept. 27, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 1, 2011.

Ronald E. Partee, for Appellant.

Karen L. Kramer, for Respondent.

Before Division Three: VICTOR C.
HOWARD, Presiding Judge, ALOK
AHUJA, Judge and KAREN KING
MITCHELL, Judge.

### *ORDER*

PER CURIAM:

George Fuller appeals from the motion court's denial of his motion to reopen his Rule 29.15 post-conviction case. On appeal, Fuller claims that he was entitled to reopen the Rule 29.15 proceedings because he was abandoned by counsel. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).